UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
CHERMO TOURE,

                    Plaintiff,                    **ORDER**

                                                  No. 25-CV-6784 (RER) (JRC)

       -against-

CITY OF NEW YORK, *et al.*,

                  Defendants.
------------------------------------------------------------------X
JAMES R. CHO, United States Magistrate Judge:

Plaintiff Chermo Toure, appearing *pro se*, filed the original complaint on December 8, 2025.  Dkt. 1.  On December 19, 2025, Plaintiff filed an amended complaint and a second amended complaint.  Dkts. 3, 4.  By Order dated December 23, 2025, United States District Judge Ramon E. Reyes, Jr. deemed the second amended complaint to be the operative pleading, but denied without prejudice plaintiff's incomplete application to proceed *in forma pauperis* under 28 U.S.C. § 1915.  Order, Dkt. 5.

On February 27, 2026, after plaintiff submitted a new *in forma pauperis* application, Judge Reyes granted plaintiff *in forma pauperis* status, but found that the second amended complaint was deficient and granted plaintiff leave to file a third amended complaint.  *See* Order dated 2/27/2026.  Judge Reyes further directed plaintiff to provide service addresses for the defendants.  *Id.*  Plaintiff timely filed a third amended complaint.  *See* Dkt. 11.

The Clerk of Court is directed to issue summonses based on the addresses provided in the third amended complaint against defendants Administration for Children's Services ("ACS"), the City of New York, Department of Social Services ("DSS"), New York Police Department officers Kamil Pac, Michael Simone, Richard Guerrieri, Gary A. Leite, Jonathan Baez, Dominic

Gibson, Jacqueline J. Barranco, Joseph J. Quirk, Salvatore Improta, Michael Lazzari, Michael Levinsky, Luis Leonardo, Angelic Reyes and Gabrielle Bourgelais, and the United States Marshals Service is directed to serve the summons, third amended complaint, and a copy of this Order upon these defendants without prepayment of fees.

As to the remaining defendants, the Court hereby requests the Corporation Counsel to ascertain the full name of the individuals whom plaintiff has identified as Sergeant John/Jane Does 1-4, Detective John Doe 1, NYPD Officer John/Jane Does 1-2, NYPD Warrant Division John Does 1-10, ACS caseworker Jane Doe, DSS caseworker John Doe and NYC Sheriff's Officer John/Jane Doe, and to provide the addresses where these defendants can currently be served within 45 days from the date of this Order. *See Valentin v. Dinkins*, 121 F.3d 72 (2d Cir. 1997) (*per curiam*). The Corporation Counsel need not undertake to defend or indemnify these individuals at this juncture. This Order merely provides a means by which plaintiff may name and properly serve the defendants as instructed by the Second Circuit in *Valentin*.

Once this information is provided, plaintiff's third amended complaint shall be deemed amended to reflect the full name and shield number (where applicable) of these unidentified individuals, summonses shall be issued, and the Court shall direct service on these defendants without prepayment of fees.

Plaintiff is required to advise the Clerk of Court in writing of any change of address. Failure to keep the Court informed of plaintiff's current address means the Court will not know where to contact plaintiff and may result in dismissal of the case.

For information regarding court procedures, plaintiff may contact the Pro Se Office at the United States Courthouse by calling (718) 613-2665.

The Clerk of Court is directed to send a copy of this Order to the plaintiff and a copy of the Order and the third amended complaint to the Corporation Counsel for the City of New York, Special Federal Litigation Division.

SO ORDERED

s/ James R. Cho_____
JAMES R. CHO
United States Magistrate Judge

Dated:  July 6, 2026
        Brooklyn, New York